Argued and submitted October 8, reversed and remanded October 27, reconsideration denied December 10, 1982, petition for review denied July 6, 1983 (295 Or 297)

RAMSEY,
*Appellant,*
*v.*
RAMSEY,
*Respondent.*

(No. 79-02-60777, CA A23827)

652 P2d 8

Blake Ramsey, Deputy District Attorney, Portland, argued the cause for appellant. With her on the brief was Michael D. Schrunk, District Attorney, Portland.

Timothy J. Vanagas, Gresham, argued the cause for respondent. With him on the brief was William A. Henderson, Gresham.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM

Gillette, P. J., dissenting.

**GILLETTE, P. J.,** dissenting.

I dissent for the reasons expressed in my dissenting opinion in *State ex rel Adult and Fam. Ser. v. Bradley,* 58 Or App 663, 650 P2d 91 (1982).